DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSEMARIE FALCONE,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT INC ALTERNATIVE LOAN TRUST 2007-OA2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA2,**
Appellee.

No. 4D2022-3099

[December 14, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Judge; L.T. Case No. 502019CA001733.

Jonathan L. Jacobson of Law Offices of Jonathan L. Jacobson PLLC, West Palm Beach, for appellant.

Irina Danilyan of Kelley Kronenberg, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***